**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

**United States of America**

**-vs-** **Case No. 2:24-mj-157**

**Jonathan Ricardo Urbina-Molina**

## COURTROOM MINUTES

| | | | |
|---|---|---|---|
| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | March 28, 2024<br>At 1:45 PM |
| DEPUTY CLERK: | Sherry Nichols | COUNSEL FOR GOVT: | Jennifer Rausch |
| RECORDER: | CourtSmart | COUNSEL FOR DEFT(S). | Stacey MacDonald |
| INTERPRETER: | James Weller | PRETRIAL/PROBATION: | Leticia Vazquez-Villa |

Identity Hearing, Preliminary Hearing, and Detention Hearing

-Interpreter sworn in
-Agent Jimmy Ewy sworn in and testified on behalf of Government; cross-exam by Stacey MacDonald
-Government exhibits 1, 2, and 3 admitted
-Court found identity has been established
-Court found probable cause
-Court found there were no conditions of release that would reasonably assure Defendant's appearance and the safety of the community