**1/31/21**



**3/21/24**



GOVERNMENT EXHIBIT
3