GOVERNMENT EXHIBIT 2

. DEPARTMENT OF HOMELAND SECUR

# NOTICE TO ALIEN ORDERED REMOVED/DEPARTURE VERIFICATION

A-File No: 213 541 086

Date: 01/03/2020

Alien's name: JONATHAN RICARDO URBINA-MOLINA

You have been found to be inadmissible to the United States under the provisions of section 212(a) of the Immigration and Nationality Act (Act) or deportable under the provisions of section 237 of the Act as a Visa Waiver Pilot Program violator. In accordance with the provisions of section 212(a)(9) of the Act, you are prohibited from entering, attempting to enter, or being in the United States

☒ For a period of 5 years from the date of your departure from the United States as a consequence of your having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Act.

☐ For a period of 10 years from the date of your departure from the United States as a consequence of your having been ordered removed in proceedings under any section of the Act other than section 235(b)(1) or 240, or of being ordered excluded under section 236 of the Act in proceedings commenced prior to April 1, 1997.

☐ For a period of 20 years from the date of your departure from the United States as a consequence of being found inadmissible and being previously excluded, deported, or removed from the United States.

☐ At any time because in addition to being found inadmissible, you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected, you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

**WARNING FOR ALL REMOVED ALIENS: It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.**

**SPECIAL NOTICE TO SEX OFFENDERS: Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.**

| JOSE PALOMIN | BORDER PATROL AGENT | MCALLEN, TEXAS |
|---|---|---|
| (Signature of officer serving warning) | (Title of officer) | (Location of DHS Office) |

## Verification of Removal

(Complete this section for file copy only)

| Departure Date JAN 10 2020 | Port of Departure Brownsville, TX Airport via AIR OPS | Manner of Departure |
|---|---|---|
| Signature of Verifying Officer D0472 | | Title of Officer |



Subject Refused to sign. Witnessed by:

Photograph of Alien

Right Index Finger

(Signature of alien whose fingerprint and photograph appear above)

(Signature of official taking fingerprint)

DHS Form I-296 (1/12)

our removal has been effected, you must request and obtain permission from the Secr
ply for admission to the United States during the period indicated. You must obtain su
encing your travel to the United States. Application forms for requesting permission to
ed by contacting any United States Consulate or U.S. Department of Homeland Securi
nber when requesting forms or information.

**ING FOR ALL REMOVED ALIENS:** It is a crime under Title 8 United States Code, Section 1326, for an
ne United States to enter, attempt to enter, or be found in the United States without the Secretary of
nt. Depending on the circumstances of the removal, conviction for this crime can result in imprison
and/or a fine up to $250,000.

**AL NOTICE TO SEX OFFENDERS:** Federal Law requires a convicted sex offender, including an alien
vise departed the United States and subsequently returns, to register in each jurisdiction in the Unite
s, is employed, or is a student. Violation of this requirement can result in prosecution and imprison
8 United States Code, Section 2250.

JOSE PALOMIN
nature of officer serving warning)

BORDER PATROL AGENT
(Title of officer)

## Verification of Removal

(Complete this section for file copy only)

| Date | Port of Departure | Manner of Depa |
|---|---|---|
| JAN 10 2020 | Brownsville, TX Airport via AIR OPS | |

| ture of Verifying Officer | Title of Officer |
|---|---|
| D0472 | |



**Photograph of Alien**

Subject Refused to sign. Witnessed by:

**Righ**

ture of alien whose fingerprint and photograph appear above)

(Signature of o

orm I-296 (1/12)