GOVERNMENT EXHIBIT 1

OBSERV
OBSERV
Artículo
Reglamento de la Ley de
NO RENOVACION DEL PAS
la vigencia del pasaporte co
y el interesado debe

# REPÚBLICA DE HONDU

PASAPORTE
*PASSPORT*



Tipo / *Type*: P
País emisor / *Issuing State*: HND
Pasaporte No. / *Passport No.*: F958572

Apellidos / *Surname*: URBINA MOLINA
Nacionalidad / *Nationality*: HONDUREÑA

Nombres / *Given name*: JONATHAN RICARDO

Fecha de nacimiento / *Date of Birth*: 18 OCT/OCT 1995
Cédula de identidad / *I.D. No.*: 0101-1996-02795

Fecha de emisión / *Date of Issue*: 02 AGO/AUG 2019
Lugar de Nacimiento / *Place o*: HONDURAS

Fecha de vencimiento / *Date of Expiry*: 02 AGO/AUG 2029
Autoridad emisora / *Authority*: INSTITUTO NACIONA

P<HNDURBINA<MOLINA<<JONATHAN<RICARDO<<
F958572<<9HND9510180M290802901011996 02